IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, WNJU-TV BROADCASTING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AEREO, INC.,<br><br>Defendant,<br><br>And Concerning<br><br>SYNCBAK, INC.<br><br>Interested Party. | No. 13-MC-0059<br><br>ORDER GRANTING ADMISSION<br>*PRO HAC VICE* |

This matter comes before the Court on the Motion for Admission Pro Hac Vice for (docket number 5) filed by Attorney Tonia Ouellette Klausner on May 29, 2013. The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice (docket number 5) is **GRANTED**. Attorney Tonia Ouellette Klausner is authorized to appear on behalf of Non-Party Syncbak, Inc. in this matter.

DATED this 29th day of May, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

Case 1:13-mc-00059-JSS   Document 6   Filed 05/29/13   Page 1 of 1