IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, WNJU-TV BROADCASTING LLC, <br><br>    Plaintiffs, <br><br>vs. <br><br>AEREO, INC., <br><br>    Defendant, <br><br>And Concerning <br><br>SYNCBAK, INC. <br><br>    Interested Party. | No. 13-MC-0059 <br><br> ORDER EXTENDING DEADLINES |

This matter comes before the Court on the Joint Motion to Extend Deadlines for Resistance and Reply Re: Syncbak's Motion to Quash (Unresisted) (docket number 10) filed by Aereo, Inc. and Non-Party Syncbak, Inc. on June 10, 2013. The Court finds the motion should be granted.

## ORDER

IT IS THEREFORE ORDERED that the Joint Motion to Extend Deadlines (docket number 10) filed by Aereo, Inc. and Non-Party Syncbak, Inc. is **GRANTED** as follows:

1. The deadline for Aereo, Inc. to file a resistance to Syncbak's motion to quash is **EXTENDED** to **June 24, 2013**.

2. The deadline for Syncbak, Inc. to file a reply brief in support of its motion to quash is **EXTENDED** to **July 12, 2013**.

DATED this 11th day of June, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

2